# AFFIDAVIT OF TASK FORCE OFFICER THOMAS J. DALY, JR.

I, Thomas J. Daly, Jr., being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am currently employed by the Lowell, Massachusetts Police Department as a Sergeant and am assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF). I have been a police officer for over thirty-two years. I have been assigned to the JTTF for over twenty years, and have been an FBI TFO for over twenty-six years. During my time as a police officer and TFO, I have experience with conducting investigations of terrorism offenses and other criminal offenses, including kidnapping, prostitution, drug offenses, and homicide.

2. I have personally participated in the execution of dozens of search warrants and arrest warrants involving a wide variety of state and federal criminal violations. I have prepared numerous affidavits for criminal complaints, wiretap intercepts, and search and seizure warrants for residences, vehicles, cellular telephones and records from various email and cellular telephone service providers.

3. As a TFO, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

4. I submit this affidavit in support of a criminal complaint charging LUIS DANIEL DE LEON ("DE LEON") with violating 18 U.S.C. § 875(c) (transmitting in interstate or foreign commerce a communication containing any threat to kidnap any person or any threat to injure the person of another), all in connection with threats made by DE LEON from Massachusetts to his ex-wife, his ex-wife's mother, and others in Iowa.

1

5.      This affidavit is based on statements made by DE LEON and other people to me, to other law enforcement officers, and other witnesses; my review of records gathered during the investigation; information conveyed to me by other law enforcement agents involved in the investigation; and my own experience, training, and background as a police officer and TFO. This affidavit does not detail all of the facts known to me or other law enforcement agents regarding this matter, but instead relates only those facts that I believe are necessary to establish the requisite probable cause for issuance of the requested complaint and arrest warrant.

## RELEVANT LEGAL AUTHORITY

6.      Title 18, United States Code, Section 875(c) makes it a crime to "transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another."

## FACTS SUPPORTING PROBABLE CAUSE

7.      From June 2021 until June 2022, DE LEON was employed by the Portsmouth Naval Shipyard in Portsmouth, New Hampshire as a Naval Police Officer. He was placed on administrative leave in March 2022. As part of his employment, he had access to weapons.

### *The April 2022 Phone Call Made by DE LEON to his Ex-Wife*

8.      On or about April 30, 2022, DE LEON placed a phone call to his ex-wife from a mobile telephone belonging to another individual.[1] At the time of the call, DE LEON was

---

[1] As part of my investigation, I have spoken with DE LEON's ex-wife, and she recognizes the voice on this phone call to be his.

located in Methuen, Massachusetts,[2] and his ex-wife was located in Iowa. A portion of that call was filmed by an individual standing next to DE LEON's ex-wife. I have reviewed that recording. During the call, DE LEON made the following threatening statements:

- "Die bitch"

- "This is war! This is war! There's gonna be blood in the streets. It's gonna run [unintelligible] in Cedar Rapids bitch!... There's gonna be blood! I'm gonna bring the war home to you."

- "I'll kill you and your brother… I'll kill everybody you know."

- "You're gonna fucking pay! Do you understand!? There will be death! There will be war in the street! [unintelligible] You wanna to go war!? I'll take you to fucking war!"

9. In addition, during this call DE LEON's ex-wife asked "You're gonna kill me?" DE LEON responded, "Over my daughter I'll do what I have to do bitch!"[3]

### Two Letters Sent by DE LEON from Middleton Jail to his Ex-Wife's Mother

10. On or about Monday, May 2, 2022, DE LEON was arrested by the Lawrence, Massachusetts Police on unrelated charges, including carrying a dangerous weapon (a hatchet

---

[2] As part of my investigation, I have spoken with an individual who was present with DE LEON during the call, and that individual informed me that this call was made from Methuen, Massachusetts.

[3] DE LEON and his ex-wife have a daughter together. On or about June 6, 2022, an Iowa court entered a Final Domestic Abuse Protection Order prohibiting DE LEON from making any contact with his ex-wife. The Order also granted temporary protective custody of their daughter to DE LEON's ex-wife, and precluded DE LEON from any visitation rights.

knife), resisting arrest, disorderly conduct, threatening to commit a crime, and motor vehicle offenses. Since his arrest in Lawrence, DE LEON has been held in the custody of the Essex County Sheriff's Department at the Middleton Jail, located at 20 Manning Ave., Middleton, Massachusetts.

11. While being held at the Middleton Jail, DE LEON sent two letters containing threats to his ex-wife's mother, located in Cedar Rapids, Iowa.

12. In a letter sent in or around May 2022, and addressed to and received by DE LEON's ex-wife's mother in Cedar Rapids, Iowa, DE LEON[4] made threats to both his ex-wife and her mother. In the letter, DE LEON made the following statements:

> Anyway let's get back to the main subject here. [My daughter] …. I'll be heading over there soon to get her to bring her back for the summer. God help you and your dysfunctional family if you try and stop me. I won't be alone either just so you know and that's for your safety NOT MINE!!! Tell her scumbag attorney to get ready, because mine is already suited up and ready for WAR… We're gonna take the legal route first, and if that doesn't… you already know what it is. If you don't believe me just look where I'm sending this from. I don't really have much else to lose, and do you know what men with nothing left to lose usually do? (Heh-Heh-Heh).

> "Sometimes reasonable men must do unreasonable things."

13. In a letter postmarked on or about June 21, 2022, and addressed to and received

---

[4] The envelope containing the letter has a written return address of "Dan DeLeon, 20 Manning Ave, Middleton, MA 02149, Unit 120A, Cell 154". Based on my investigation, I know that DE LEON often goes by "Dan." I have also spoken with DE LEON's ex-wife, who recognizes the handwriting to be DE LEON's.

by DE LEON's ex-wife's mother in Cedar Rapids, Iowa, DE LEON[5] made threats to both his ex-wife and her mother. First, DE LEON quoted what I believe to be lyrics from a Metallica song called "Unforgiven":

> They dedicate their lives, to ruining all of his, he tries to Please them all, this bitter man he is, through-out his life the same, he's battled constantly, this fight he cannot win, a tired man they see no longer cares, the old man then prepares to die regretfully, that old man here is ME…..

14. Then, DE LEON made threats regarding both his ex-wife and her mother:

> But not before I take a few of YOU CUNTS With Me!!!! You wanna make it so I'm not in [my daughter's] life? Y'all don't get to be happy or have a life! [Smiley face emoji]
>
> "Some things are worth fighting for. Some feelings NEVER DIE…"
>
> LOL… keep taking me as a joke… click-clack!!!

15. Based on my training and experience, I believe "click-clack" is a reference to the sound of a gun loading.

---

[5] The envelope containing the letter has a written return address of "Luis DeLeon, 20 Manning Ave, Middleton, MA 01949, Unit 120A, Cell 9". I have also spoken with DE LEON's ex-wife, who recognizes the handwriting to be DE LEON's.

**CONCLUSION**

Based on the information described above, there is probable cause to believe that on or around April 30, 2022, in or around May 2022, and on or around June 21, 2022, DE LEON transmitted in interstate or foreign commerce communications containing threats to injure the person of another in violation of 18 U.S.C. § 875(c). Accordingly, I respectfully request that this Court issue a criminal complaint charging DE LEON with a violation of this crime and a warrant for his arrest.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Thomas J. Daly Jr.
Task Force Officer

Signed electronically and sworn before me by telephone this 26th day of September, 2022.

_____
Hon. Donald L. Cabell
United States Magistrate Judge